## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| Temitope Adebayo | ) | |
| A 99 137 285 | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| Michael Chertoff, Secretary of | ) | FILED: APRIL 2, 2008 |
| U.S. Department of Homeland Security; | ) | 08CV1897 J. N. |
| Ruth Dorochoff, U.S. Citizenship | ) | JUDGE ZAGEL |
| & Immigration Service, Chicago District Director; | ) | MAG. JUDGE KEYS |
| Michael B. Mukasey, U.S. Attorney General; | ) | |
| Emilio Gonzalez, Director of the U.S. | ) | |
| Citizenship & Immigration Services; | ) | |
| and the United States of America. | ) | |
| | ) | |
| Defendants. | ) | |

### COMPLAINT FOR WRIT OF MANDAMUS

NOW COMES the Plaintiff Temitope Adebayo ("Temitope"), by and through his

attorneys, the AzulaySeiden Law Group, and complains as follows:

### INTRODUCTION

1.  This action is brought to compel action on Temitope's properly filed Application for

Lawful Permanent Resident Status ("Form I-485") and Petition for Alien Relative ("Form I-

130") with the United States Citizenship & Immigration Services ("USCIS" or "the Service")

in Chicago, Illinois.  To Temitope's detriment, Defendants have failed to adjudicate the

applications.

### PARTIES

2.  Temitope is a native and citizen of Nigeria, who entered the United States on February 26,

2004 on a valid visitor's visa.

1

3.   On June 10, 2004, Temitope and his wife concurrently filed Form I-130 and Form I-485, which remain pending with USCIS in Chicago, Illinois.

4.   Defendant Michael Chertoff ("Chertoff"), the Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only.  Chertoff is responsible for the adjudication of Temitope's application pursuant to 8 U.S.C. §1225.

5.   Defendant Ruth Dorochoff ("Dorochoff"), the District Director of Chicago USCIS, is being sued in her official capacity only.  Dorochoff is charged with supervisory authority over all of Chicago USCIS operations and USCIS agents and officers acting in their official capacity.

6.   Defendant, Michael B. Mukasey ("Mukasey"), the Attorney General of the United States, is being sued in his official capacity only.  Mukasey is responsible for the adjudication of Temitope's applications pursuant to 8 U.S.C. §1225.

7.   Defendant Emilio Gonzalez ("Gonzalez"), the Director of USCIS, is being sued in his official capacity only.  Gonzalez is charged with the duties of administrating and enforcing immigration and citizenship laws.  8 U.S.C. §1103(g)(1).

<u>JURISDICTION</u>

8.   This Court has original jurisdiction to hear both civil actions arising under the laws of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty.  28 U.S.C. §1331; 28 U.S.C. §1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§2201-2202.  Relief is requested pursuant to said statutes.

9.   This action is brought to compel the Defendants, officers and an agency of the United States, to perform the duties arising under the law of the United States.

10.  This Court has jurisdiction to hear actions arising from claims that an agency or an officer or employee of a government agency failed to act in its official capacity and the person to whom the duty owed suffered a legal wrong.  5 U.S.C. §702.

11.  This action invokes Temitope's right of due process under the Fifth Amendment of the United States Constitution, over which this Court retains jurisdiction.  28 U.S.C. §1331

12.  Federal courts retain jurisdiction over adjudication matters when the INS (now USCIS) refuses to adjudicate their applications.  *Iddir v. INS*, 166 F.Supp.2d 1250, 1260 (N.D. Ill. 2001).

13.  The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because Temitope is not seeking a review of a denial; he is seeking to have his applications adjudicated, which is among the duties conferred upon the Defendants by Congress.  *Id.* at 1256.

14.  This Court also has jurisdiction to award Temitope reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, for failure of Defendants to perform their duties within the statutory time period.

## VENUE

15.  Venue is proper in this court pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Temitope's claim occurred.

16.  Temitope's Form I-485 and Form I-130 were properly filed and, to Temitope's knowledge, remain pending with the Chicago USCIS District Director.

## EXHAUSTION OF REMEDIES

17.  Temitope has exhausted all administrative remedies.  He has made numerous inquiries concerning the status of his applications and Defendants have failed to properly respond.

## CAUSE OF ACTION

16.   Temitope is a native and citizen of Nigeria, who entered the United States on February 26, 2004 on a valid visitor's visa.

17.  On May 10, 2004, Temitope was married to Barbara Phelps, a United States citizen.  **See Exhibit 1**.

18.  On June 10, 2004, a Petition for Alien Relative was filed on Temitope's behalf and Temitope concurrently filed Form I-485.  Both applications remain pending with USCIS in Chicago, Illinois.

19.  On January 20, 2005, Temitope and his wife appeared for their initial interview at the USCIS District Office in Chicago, Illinois in regards to the adjudication of the two applications.  **See Exhibit 2**.

20.  At that time, the Adjudicating Officer issued a Request for Evidence, requesting that Temitope submit various documents to supplement his application.  **See Exhibit 3**.  A timely response was submitted and defendants acknowledged receipt of same on February 8, 2005.  **See Exhibit 4**.

21.  When a decision had not been made approximately seven months later, Temitope and his wife appeared before the USCIS Chicago District Office to speak personally with an officer

regarding the status of their case.  **See Exhibit 5**.  At that time Temitope was informed that his case had been forwarded to an adjudicating officer in August of 2005 and that he would receive a decision by mail.

22.  On May 8, 2006, Temitope's wife sent a second inquiry in regards to the pending applications.  **See Exhibit 6**.  A response was not received.

23.  On August 3, 2006, Temitope contacted USCIS on a third occasion seeking the status of the pending applications.  A response was received on August 11, 2006, indicating that additional review of the case was needed and advised Temitope to contact the Service if a decision had not been rendered in six months.  **See Exhibit 7**.

24.  On February 26, 2007, after the requested six month period had elapsed, Temitope retained an attorney who sent a fourth inquiry to USCIS.  **See Exhibit 8**.  A response was not received.

25.  On July 20, 2007, Temitope sent a fifth inquiry to USCIS.  A response was received on July 27, 2007, with the same boiler-plate language contained in the response dated nearly a year prior.  **See Exhibit 9**.

26.  After five failed attempts at obtaining a decision from USCIS, Temitope contacted his representative, Janice Schakowsky, whose office launched a congressional inquiry on November 21, 2007.  **See Exhibit 10**.  A response was received the same day indicating that the Service was aware of the submission of inquiries and was monitoring the progress of the case.  **Id**.

27.  Approximately 90 days later, a second congressional inquiry was submitted on Temitope's behalf.  A response was received on February 25, 2008, indicating that the case was under

further review in regards to the legitimacy of the documented evidence submitted in support of the applications.  **See Exhibit 11**.

28.  It has been over three years since Temitope submitted the documentation requested by USCIS.  Throughout that time numerous inquires have been made with the Service and a response has not been received.

29.  Temitope has been greatly damaged by the failure of the Defendants to act in accord with their duties under law.

    a.  Temitope has a meritorious application for adjustment of status to that of lawful permanent resident which cannot be adjudicated because of Defendants' refusal to do so.

    b.  Temitope has been further damaged in that his employment authorization is tied to his status as an applicant for permanent residency, and is limited to an increment not to exceed one year.  8 C.F.R. §274a.12(c)(9).  Therefore, as required by law and in order to keep his work eligibility, he has been forced to repeatedly apply and pay for extensions of employment authorization.  INA §274(a)(2), 8 U.S.C. §1324a(a)(2).

30.  The Defendants delay in the processing of Temitope's applications has further deprived Temitope of his right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

31.  The Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. §701 *et seq.* are unlawfully withholding and unreasonably delaying action on Temitope's applications and

have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to his case.

32.  Temitope has made numerous status inquiries in the attempt to secure adjudication of his application, to no avail.  Accordingly, he has been forced to pursue the instant action.

### PRAYER

WHEREFORE, Temitope requests that this Honorable Court enter an order:

(a)    Requiring Defendants to adjudicate Temitope's Application for Lawful Permanent Resident Status  (Form I-485);

(b)    Awarding Temitope reasonable attorney's fees pursuant to 28 U.S.C. §2412 for failure of the Defendants to perform their duties within a reasonable amount of time; and

(c)    Granting such other relief at law and in equity as justice may so require.


Respectfully submitted,


 s/REBECCA M. WHITING
Rebecca M. Whiting

AzulaySeiden Law Group
Attorneys for Plaintiff
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200
#6294076

## NOTICE OF FILING

TO:

US Attorney General
Michael B. Mukasey
950 Pennsylvania Ave., NW
Washington, D.C. 20530
**Via Certified Mail**

District Director, USCIS
Ruth Dorochoff
101 West Congress Pkwy.
Chicago, IL 60605
**Via Certified Mail**

United States Attorney
219 South Dearborn, 5th Fl.
Chicago, IL 60604
**Via Certified Mail**

Office of General Counsel
Michael Chertoff
U.S. Dept. of Homeland Security
Washington, D.C. 20528
**Via Certified Mail**

Emilio T. Gonzalez
20 Massachusetts Ave., N.W.
Washington, D.C. 20529
**Via Certified Mail**

PLEASE TAKE NOTICE that on April 2, 2008, Plaintiff electronically filed with the United States District Court for the Northern District of Illinois, their Complaint for Writ of Mandamus.

s/REBECCA M. WHITING
Rebecca M. Whiting

AzulaySeiden Law Group
Attorneys for Plaintiff
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200
#6294076

8

EXHIBIT 1

VOID IF ALTERED OR ERASED

03/22/2008 13:55

08CV1897  J.N.
JUDGE ZAGEL
MAG. JUDGE KEYS

# COUNTY OF COOK
## STATE OF ILLINOIS
## OFFICE OF THE COUNTY CLERK
### DAVID ORR

CERTIFICATION OF MARRIAGE

LICENSE NUMBER: 04T0485-0   B E T W E E N

GROOM'S NAME: TEMITOPE   EMMANUEL   ADEBAYO
AGE: 39

A N D

BRIDE'S NAME: BARBARA   L.   PHELPS
AGE: 34

O N

DATE OF MARRIAGE:   MAY 10, 2004

WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS

CIVIL   I N   A   CEREMONY   B Y

NAME: PAULA M. DALEO
OFFICIATE TITLE: JUDGE

PLACE OF MARRIAGE: CHICAGO, ILLINOIS

DATE RECORDED:   MAY 10, 2004
APPLICATION DATE:   MAY 04, 2004
250799

06/01/2004   11:44

ISSUED AT: COUNTY BUILDING
CHICAGO, ILLINOIS 60602-1304

This is to certify that this is a true and accurate reproduction from the official record filed with the office of the Cook County Clerk

David D. Orr
DAVID D. ORR
COUNTY CLERK

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature

CERTIFICATION OF VITAL RECORDS

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

VOID IF ALTERED OR ERASED

08CV1897  J. N.

Department of Homeland Security  Case 1:08-cv-01897 JUDGE CONLON1-3  Filed 04/02/2008  Page 1 of 1
U.S. Citizenship and Immigration Services  MAG. JUDGE KEYS  **I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE October 22, 2004 |
|---|---|
| **CASE TYPE** **FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS** | A# A 099 137 285 |
| **APPLICATION NUMBER** MSC0426011319 | **RECEIVED DATE** June 10, 2004 | **PRIORITY DATE** June 10, 2004 | **PAGE** 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | PLEASE COME TO: U.S. Citizenship and Immigration Services |
|---|---|
| TEMITOPE E ADEBAYO | 230 S. DEARBORN STREET KLUCZYNSKI FEDERAL BLDG 2ND FLOOR CHICAGO IL 60604 14 |

ON: Thursday, January 20, 2005
AT: 02:15 PM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

**Who should come with you?**
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**What MUST you bring?**
- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status *(see below: "What else should you bring?")*.
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**What else should you bring?**
- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-7

APPLICANT COPY


EXHIBIT
2

Form

**Department of Homeland Security**
Citizenship and Immigration Services

*10 West Jackson Boulevard*
*Chicago, IL 60604*

DATE: January 20, 2005
A 99 137 285

Temitope Adebayo
6021 N Winthrop
Chicago, IL 60660

### REQUEST FOR EVIDENCE

The documentation submitted during the adjustment interview is not sufficient to warrant a favorable consideration of your petition/application. The following information is also required:

### PLEASE SEE FOLLOWING SHEET

Your response must be received in this Office **within 30 days** from the date of this letter. Your case is being held in this office pending your response. Within this period you may:

1.    Submit all of the evidence requested;

2.    Submit some or none of the evidence requested and ask for a decision based on the record; or

3.    Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record (#2 Above). **No extension of the period allowed to submit evidence will be granted.** If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request with the time allowed, your case will be considered abandoned and denied due to lack of prosecution. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**
**Please submit all documents to the attention of:**

Officer Szal
P.O. Box 3616
Chicago, IL 60604

Sincerely,

Michael Comfort
District Director


EXHIBIT
3

**Department of Homeland Security**
Citizenship and Immigration Services
10 W. Jackson Blvd.  Room 323
Chicago, Illinois 60604

<u>PLEASE RETURN THIS LETTER WITH YOUR RESPONSE TO</u> _____ **ATTN: OFFICER SZAL**

**Name T Adebayo**

**Alien Registration Number A  99 137 285**

# PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS

|   |   |   |
|---|---|---|
| ☐ | 1. | Please complete the blocks on your enclosed application/petition/form, which are highlighted. |
| ☐ | 2. | **Furnish the required Form I-485A with proper fee and documentation.** |
| ☐ | 3. | A foreign document must be accompanied by a translation in English.  The translator must certify that he/she is competent to translate and that the translation is accurate. |
| ☐ | 4. | Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled or provide a sworn statement of how you entered the United States. |
| ☐ | 5. | Furnish two (2) color photographs.  These photos must have a white background, photos must be glossy, unretouched, and not mounted.  Dimension of the facial image should be about 1 inch from the chin to top of hair or head, shown in 3/4 frontal view of right side of face with right ear visible. See attached |
| ☐ | 6. | I-864 Affidavit of Support and last three years of tax returns, W2s and a job letter for ☐ Sponsor and/or x☐ Joint Sponsor. This form must be completely filled out and notarized.  Failure to follow the directions and complete this form accurately may result in denial of your application. |
| ☐ | 7. | You must provide a sworn statement for <u>**each and every arrest**</u> and for charges against you including the dates and places.  You must provide <u>**certified court dispositions**</u> (not police reports) for <u>**each and every arrest**</u> and charge. Domestic battery June 01, 1997 and November 28, 1998. |
| ☐ | 8. | Your case is continued for your fingerprints to clear. |
| ☐ | 9. | Your case is continued because you need to submit new fingerprints.  (See attached fingerprint referral letter). |
| ☐ | 10. | Submit medical exam (Form I-693) and immunization supplement form from an INS Certified Civil Surgeon.  These  documents must be in a sealed envelope from the doctor. |
| ☐ | 11. | Please submit the following types of evidence to support the claimed relationship between the petitioner and the beneficiary: |
| | ☐ a. | Original Birth Certificate  for |
| | ☐ b. | Official Marriage Certificate for |
| | ☐ c. | Proof of termination of previous marriages, such as divorce decrees with English translation. |
| | ☐ d. | Wedding photos and other photos of you and your spouse together during your entire relationship. |
| | ☐ e. | Proof of any joint purchases or ownership, such as TV, furniture, car, house, etc. |
| | ☐ f. | Proof of joint credit established since marriage, such as joint credit cards, loans, etc. |
| | ☐ g. | Proofs of actual shared residence such as lease agreements, property deeds or mortgages, etc. If you have none of the above, provide a notarized affidavit from your current landlord. |
| | ☐ h. | Proof of bank statements for checking and/or savings accounts and canceled checks throughout your marriage. |
| | ☐ i. | IRS Federal Tax Returns with W2s for years 2002, 2001, 2000. |
| | ☐ j. | Proof of medical, life and auto insurance during your marriage. |
| | ☐ k. | Proof of utility bills for a shared residence, such as telephone, electric, gas, etc.  You should provide statements that cover  the duration of your marriage. |
| ☒ | 12. | **Other: 2003, 2002, 2001 W-2's for co-sponsor.** |

**PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH YOUR RESPONSE IN THE ENVELOPE PROVIDED**

08CV1897    J. N.
JUDGE ZAGEL
MAG. JUDGE KEYS

**U.S. Department of Homeland Security**
10 W. Jackson Blvd.
Chicago, IL 60604



**U.S. Citizenship
and Immigration
Services**

CHI 70/48.2-C

February 8, 2005

TEMITOPE ADEBAYO

Re: A099 137 285 - ADEBAYO, TEMITOPE

Dear TEMITOPE ADEBAYO,

This is to acknowledge receipt of the document you submitted in support of your application. The receipt of these documents does not automatically guarantee a favorable decision. The documents will be forwarded to an officer for review and you will receive a decision by mail. We appreciate your patience as the processing of your application takes its course. Please notify the Service of any changes of address to avoid further delay in processing of your application.

Sincerely,

Michael M. Comfort
District Director

MMC:
Correspondence Tracking Number: **CHI020705 116**
Thank you for contacting USCIS Customer Service

EXHIBIT
4

```
08CV1897                    J. N.
JUDGE ZAGEL
MAG. JUDGE KEYS
```



**Name:** **Adebayo Temitope Emmanuel**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** CHI-05-37289          **Authentication Code:** f5ec

**Appointment Date:** **September 22, 2005**          **Appointment Time:** **1:10 PM**

**Location: 10 WEST JACKSON BLVD., Chicago, IL 60604; LOBBY**

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**This is your Confirmation Number:**



**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*65463*



EXHIBIT
5

08CV1897                    J. N.
JUDGE ZAGEL
MAG. JUDGE KEYS

**8th May, 2006**

**Officer Szal**
P O Box 3616
Chicago IL.
60604

**Dear Officer Szal,**

**Re: Adjustment Of Status {Adebayo Temitope With Alien Number A 099 137 285}**
-----------------------------------------------------------------------------------------------

My name is **Barbara Adebayo,** the wife of the above named . I am writing to inquire about the situation with my husband's application to register permanent residence or adjustment of status pending on your table.

You interviewed us on the **20th January, 2005** and we were eventually told to send copies of **2003, 2002, 2001 W-2's** for our co-sponsor. {copies of your request for evidence attached.} We promptly sent these documents and a letter dated **8th February 2005** indicating the receipt of the documents was sent to us{copy of this letter is also attached}

Now that we have submitted all the required papers for over 13 months and still have not received your final decision, I considered it necessary to write you in the hopes that you would get in touch and let us know where we stand.

Whilst thanking you for your understanding, we look forward to receiving a favourable response from you.

**Sincerely,**

*Barbara Adebayo*

**BARBARA ADEBAYO**

**EXHIBIT**
**6**

08CV1897                    J. N.
JUDGE ZAGEL
MAG. JUDGE KEYS



**U.S. Department of Homeland Security**
USCIS
10 West Jackson Boulevard
Chicago, IL 60604

**U.S. Citizenship
and Immigration
Services**

Friday, August 11, 2006

TEMITOPE E ADEBAYO



Dear TEMITOPE E ADEBAYO:

On 08/03/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 06/10/2004 |
| **Receipt #:** | MSC-04-260-11319 |
| **Beneficiary (if you filed for someone else):** | ADEBAYO, TEMITOPE, E |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 08-11-2006 01:44 PM EDT - MSC-04-260-11319

**EXHIBIT**
**7**

08CV1897
JUDGE ZAGEL                          J. N.
MAG. JUDGE KEYS

LAW OFFICES OF

# OLUSOLA YOUNGER & ASSOCIATES

SUITE 205

5015 WEST LAWRENCE AVE.

CHICAGO, ILLINOIS 60630

Phone: (773) 282-4120                                    Fax: (773) 282-4125

February 26, 2007

INS Customer Service
P.O.Box A3462
Chicago, IL. 60690-3462

**Re: Temitope E. Adebayo**

Dear Sir,

    As you know, I am the attorney for the afore – mentioned person.  I am hereby making a Status Inquiry about his pending I485 application. Mr. Adebayo & his wife came in for an interview on January 20, 2005 and were told to send in 2003, 2002, & 2001 W-2's for his co-sponsor. The said W-2s were mailed in, and receipt acknowledged by USCIS (Please see attached acknowledgement of receipt dated February 8, 2005).

    On September 22, 2005, Mr. Adebayo and his wife came to 10 W. Jackson Blvd to speak with an officer, he was told that his case was just forwarded to an officer for review in August of 2005 and that he will receive a decision by mail. Other status inquiries were made, and the afore-mentioned received a letter from USCIS August 3, 2006, saying additional review had to be performed on the case, and that if no decision or notice of action is received within six months he should call USCIS. (See attached).The six months already elapsed, please notify us of your decision or action.

    His information is as follows:

        Name: Temitope E. Adebayo
        Address: ████████████████

        Alien #: A 099 137 285
        DOB: ████████
        Country of citizenship: Nigeria

    Please contact me at 773-282-4120 if you have any questions. Thank you for your immediate attention to the above matters.

Very truly yours,

*[signature]*

Olusola A. Younger

EXHIBIT

08CV1897    U. N.
JUDGE ZAGEL
MAG. JUDGE KEYS

**U.S. Department of Homeland Security**
USCIS
101 West Congress Parkway
Chicago, IL 60605



**U.S. Citizenship
and Immigration
Services**

Friday, July 27, 2007

TEMITOPE E ADEBAYO
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓)

Dear TEMITOPE E ADEBAYO:

On 07/20/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 06/10/2004 |
| **Receipt #:** | MSC-04-260-11319 |
| **Beneficiary (if you filed for someone else):** | ADEBAYO, TEMITOPE |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



**EXHIBIT**
9

JUDGE ZAGEL
MAG. JUDGE KEYS

——Original Message——
**From: On Behalf Of** CHI-Congressional
**Sent:** Wednesday, November 21, 2007 1:30 PM
**To:** Rodriguez, Taina
**Subject:** RE: Congressional Inquiry re: I-485 for Temitope Adebayo - A99 137 285

The Honorable Jan Schakowsky
United States Congress
Attn:  Taina Rodriguez

United States Citizenship and Immigration Services (USCIS) is committed to adjudicating immigration benefits in a timely manner while also ensuring public safety and national security.  Though background checks for most applications or petitions are completed very quickly, a small percentage of cases have unresolved background check issues that temporarily delay adjudication of the application or petition.  Although USCIS makes every effort to resolve such cases promptly, the agency cannot move forward until all outstanding issues have been resolved to our satisfaction.  Unfortunately, this process can sometimes take years.

The background checks involve more than just the initial submission of biographical information or fingerprints and the initial response.  If these checks and/or a review of the administrative record reveal an issue potentially impacting an applicant's eligibility for the requested immigration benefit, further inquiry is needed.  The inquiry may include an additional interview and/or the need to contact another agency for updates or more comprehensive information.  If it is determined that an outside agency possesses information relevant to the applicant's background, USCIS asks that agency to share any relevant information for consideration by USCIS in the adjudication.  Upon gathering and assessing all available information, USCIS will adjudicate the application as expeditiously as possible.

We have checked into your constituent's case and have been assured that the agency is aware of your inquiry and is monitoring progress of the case.

*Robert L. Blackwood*

Robert L. Blackwood
Field Office Director

**From:** Rodriguez, Taina [mailto:Taina.Rodriguez@mail.house.gov]
**Sent:** Wednesday, November 21, 2007 11:40 AM
**To:** CHI-Congressional
**Cc:** Rodriguez, Taina
**Subject:** Congressional Inquiry re: I-485 for Temitope Adebayo

Dear Congressional Unit:

**EXHIBIT**

**10**

RE: I-485 for Mr. Temitope Emanuel Adebayo A 099137285 MSC 0426011319
Mailing Address: 6021 N. Winthrop Apt 409 Chicago, IL 60660

I am writing on behalf of my constituent Mr. Temitope Adebayo who contacted our office regarding his I-485 application. Please note that a signed Privacy Act Release is on file and a copy of this document can be forwarded to your office upon request.

Mr. Adebayo informed my office that he filed an I-485 on June 10, 2004 and he and his wife were interviewed on January 20, 2005. Mr. Adebayo told our office that he was asked to submit the service with copies of 2001, 2002, and 2003 W-2's for his co-sponsor which were received by USCIS on Februrary 8, 2005.  It has been well over 2 years since my constituent and his wife were interviewed and he has yet to receive a decision.

I respectfully request that your office please advise us as to the status of Mr. Adebayo's I-485 application, in keeping with all laws and regulations. Please feel free to contact me with any questions regarding his case. Thank you in advance for all your attention to this matter.

Sincerely,
Taina I. Rodriguez
Constituent Advocate
Office of Congresswoman Jan Schakowsky
5533 N. Broadway
Chicago IL. 60640
773-506-7100ph
773-506-9202fx

08CV1897                    J. N.
JUDGE ZAGEL
MAG. JUDGE KEYS

The Honorable Jan Schakowsky
U.S. Representative
Attn: Taina Rodriguez

February 25, 2008

A99 137 285, Temitope Adebayo

Dear Congressman Schakowsky:

This is in response to your inquiry on behalf of your constituent Temitope Adebayo. The U. S. Citizenship and Immigration Services (USCIS) records indicate that your constituent's case is under further review by the adjudicating officer along with assistance of other agencies pertaining to the bonafides of the documented evidence they submitted in support of their application and/or petition for the immigration benefit your constituent is seeking. Cases are referred for additional review for a variety of reasons, which in the interest of upholding the United States immigration laws both in terms of enforcement and in terms of right to privacy, may not be disclosed. It is difficult to predict with accuracy when this review will be completed.

I hope this information is of assistance to you and please be assured that every effort is being made to render a final decision in a timely manner.

Sincerely,

Ruth A. Dorochoff
District Director

EXHIBIT
11