**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Temitope Adebayo (A 99 137 285) | FILED: APRIL 2, 2008 |
| v. | 08CV1897 J. N. |
| Michael Chertoff, et al. | JUDGE ZAGEL |
| | MAG. JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Temitope Adebayo (A 99 137 285)

| NAME (Type or print) |
|---|
| Rebecca M. Whiting |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Rebecca M. Whiting |
| FIRM |
| AzulaySeiden Law Group |
| STREET ADDRESS |
| 205 N. Michigan Ave., 40th Floor |
| CITY/STATE/ZIP |
| Chicago/IL/60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6294076 | 312.832.9200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐