### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1897

Assigned/Issued By: j. n.

Judge Name: zagel

Designated Magistrate Judge: keys

---

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                    Receipt #: 2663416

Date Payment Rec'd: 4-2-08          Fiscal Clerk: j. n.

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
                                       ☐ Other
☐ Writ _____          _____
      *(Type of Writ)*                 _____
                                       *(Type of issuance)*

4 Original and 0 copies on 4-3-08 as to U. S. ATTNY; MICHAEL
                    *(Date)*
CHERTOFF; EMILIO GONZALEZ; MICHAEL B. MUKASEY