AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Temitope Adebayo
A 99 137 285

CASE NUMBER: 08 CV 1897

V.

ASSIGNED JUDGE: Judge Zagel

Michael Chertoff, Secretary of U.S. Department
of Homeland Security, et al.

DESIGNATED
MAGISTRATE JUDGE: Judge Keys

TO: (Name and address of Defendant)

Michael Chertoff
Office of General Counsel
U.S. Dept. of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

AzulaySeiden Law Group
C/O: Rebecca M. Whiting
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601

ed upon you, within _60 days_
e. If you fail to do so, judgment
ile your answer with the Clerk of

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 2, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 04·11·08 |
| NAME OF SERVER (PRINT) Rebecca Whiting | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): via Certified mail to defendant Chertoff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04·11·08
Date

Signature of Server: Rebecca Whiting

AZULAYSEIDEN LAW GROUP
205 N. Michigan Avenue
40th Floor
Chicago, Illinois 60601
ph. 312.832.9200
www.azulayseiden.com

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_<br>B. Received by (Printed Name)  APR 2 |
| 1. Article Addressed to:<br><br>Office of General Counsel<br>Michael Chertoff<br>U.S. Dept of Homeland Security<br>Washington, D.C. 20528<br><br>_[stamp: SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY]_ | D. Is delivery address different from item 1?<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) |
| 2. Article Number<br>(Transfer from service label) | 7001 0360 0000 4309 6692 |

EXHIBIT 1