AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Temitope Adebayo
A 99 137 285

V.

Michael Chertoff, Secretary of U.S. Department
of Homeland Security, et al.

CASE NUMBER: 08 CV 1897

ASSIGNED JUDGE: Judge Zagel

DESIGNATED
MAGISTRATE JUDGE: Judge Keys

TO: (Name and address of Defendant)

Ruth Dorochoff
District Director, USCIS
101 W. Congress Pkwy.
Chicago, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

AzulaySeiden Law Group
C/O: Rebecca M. Whiting
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601

ed upon you, within 60 days
e. If you fail to do so, judgment
ile your answer with the Clerk of

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 2, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 04·11·08 |
| NAME OF SERVER *(PRINT)* Rebecca Whiting | TITLE attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): via certified mail to defendant Dorechoff.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04·11·08     *Rebecca Whiting*
             Date          Signature of Server

**ASJ AZULAYSEIDEN LAW GROUP**
205 N. Michigan Avenue
40th Floor
Chicago, Illinois 60601
*Address of Server*   ph. 312.832.9200
www.azulayseiden.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) [signature]  C. Date of Delivery |
| 1. Article Addressed to:<br>District Director, USCIS<br>Ruth borochoff<br>101 W. Congress Pkwy.<br>Chicago, IL 60605 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 0360 0000 4309 6708 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT 1