AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Temitope Adebayo
A 99 137 285

V.

Michael Chertoff, Secretary of U.S. Department
of Homeland Security, et al.

CASE NUMBER: 08 CV 1897

ASSIGNED JUDGE: Judge Zagel

DESIGNATED
MAGISTRATE JUDGE: Judge Keys

TO: (Name and address of Defendant)

Michael B. Mukasey
U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

AzulaySeiden Law Group
C/O: Rebecca M. Whiting
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 2, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  04·11·08 |
| NAME OF SERVER *(PRINT)*  Rebecca Whiting | TITLE  Attorney |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Via Certified mail to defendant Mukasey

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04·11·08
          Date           Signature of Server

          AZULAYSEIDEN LAW GROUP
          205 N. Michigan Avenue
          40th Floor
          Chicago, Illinois 60601
          Address of Server    ph. 312.832.9200
                               www.azulayseiden.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>04-14-08 |
| 1. Article Addressed to:<br><br>US attorney general<br>Michael B. Mukasey<br>950 Pennsylvania Ave NW<br>Washington, DC  20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 0360 0000 4309 6715 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT 1**