## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| Temitope Adebayo | ) | |
| A 99 137 285 | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| Michael Chertoff, Secretary of | ) | |
| U.S. Department of Homeland Security; | ) | |
| Ruth Dorochoff, U.S. Citizenship | ) | |
| & Immigration Service, Chicago District Director; | ) | |
| Michael B. Mukasey, U.S. Attorney General; | ) | |
| Emilio Gonzalez, Director of the U.S. | ) | |
| Citizenship & Immigration Services; | ) | |
| and the United States of America. | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO DISMISS COMPLAINT FOR WRIT OF MANDAMUS

NOW COMES the Plaintiff Temitope Adebayo ("Temitope"), by and through his attorneys, the AzulaySeiden, Law Group, and requests this Court to dismiss the pending action for the following reasons:

1. On April 2, 2008, Temitope filed a Complaint for Writ of Mandamus with this court alleging that Defendants had not conformed to their duty to compel action on his Application for Lawful Permanent Resident Status ("Form I-485") which was properly filed with the United States Citizenship and Immigration Services ("USCIS").

2. Since that date, the USCIS has acted on the case by approving Temitope's application. *See Exhibit 1.*

3. That the underlying reason for filing the Complaint for Writ of Mandamus is now moot.

WHEREFORE, Temitope requests that the Complaint for Writ of Mandamus filed in this matter be dismissed.

Respectfully submitted,

s/REBECCA M. WHITING
Rebecca M. Whiting
Attorney for Plaintiff
AzulaySeiden Law Group
205 N. Michigan Ave., 40th Floor
Chicago, IL  60601
312.832.9200
#6294076

## NOTICE OF FILING & CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on June 11, 2008, Temitope filed with the District Court for the Northern District of Illinois his Motion to Dismiss.  Service on the following was accomplished via electronic filing on June 11, 2008:


Stacy Dezsi, AUSA
Attorney for Defendants
Asst. United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

s/REBECCA M. WHITING
Rebecca M. Whiting
Attorney for Plaintiff
AzulaySeiden Law Group
205 N. Michigan Ave., 40th Floor
Chicago, IL  60601
312.832.9200
#6294076

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| MSC-04-260-11319 | I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |

| RECEIPT DATE | PRIORITY DATE | APPLICANT |
|---|---|---|
| July 2, 2004 | | A099 137 285 |

| NOTICE DATE | PAGE | ADEBAYO, TEMITOPE E. |
|---|---|---|
| May 23, 2008 | 1 of 1 | |

TEMITOPE E. ADEBAYO
6021 N WINTHROP APT 409
CHICAGO IL 60660

Notice Type: Welcome Notice
Section: Adjustment as direct
         beneficiary of immigrant
         petition
COA: IR6

## WELCOME TO THE UNITED STATES OF AMERICA

This is to notify you that your application for permanent residence has been approved. It is with great pleasure that we welcome you to permanent resident status in the United States.

At the top of this notice you will see a very important number. It is your USCIS A# (A-number). This is your permanent resident account and file number. This permanent account number is very important to you. You will need it whenever you contact us.

We will soon mail you a new *Permanent Resident Card*. You should receive it within the next 3 weeks. You can use it to show your new status. When you receive your card you must carry it with you at all times if you are 18 or older. It is the law.

Please call us at (800) 375-5283 if any of the information about you shown above is incorrect, if you move before you receive your card, or if you don't receive your card within 3 weeks. If you call us, please have your A# and also the receipt number shown above available. The receipt number is a tracking number for your application.

Please read the notice that comes with your card. It will have important information about your card, about your status and responsibilities, and about permanent resident services available to you.

Your new card will expire in ten years. While card expiration will not directly affect your status, you will need to apply to renew your card several months before it expires. When the time comes and you need filing information, or an application, or if you ever have other questions about permanent resident services available to you, just call our *National Customer Service Center* at 1-800-375-5283 or visit the USCIS website at **www.uscis.gov**. (If you are hearing impared, the NCSC's TDD number is 1-800-767-1833.) The best days to call the NCSC are Tuesday through Friday.

Once again, welcome to the United States and congratulations on your permanent resident status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

**Please see the additional information on the back. You will be notified separately about any other cases you filed.**
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
**Customer Service Telephone: (800) 375-5283**

EXHIBIT 1

Form

☑002                                    DTR SHIPPING                    FAX 418 358 2430