# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Temitope Adebayo

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08–cv–01897
　　　　　　　　　　　　　　　　　　　　Honorable James B. Zagel

Michael Chertoff, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

    MINUTE entry before the Honorable James B. Zagel:Plaintiff's motion to dismiss [11] is granted. Case is dismissed pursuant to FRCvP 41(a)(1). Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.